Case 2:24-cv-00081-MPB-MKK    Document 1    Filed 03/06/24    Page 1 of 2 PageID #: 1

**FILED**
03/06/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

2-9

Bradley Gene Jewel Jr
2375 S. old Decker rd, Vincennes, IN

2:24-cv-00081-MPB-MKK

Knox County Sheriff Department

Tort claims Notice by Brad

Dear Knox County Sheriff department & staff
Pursuant to Indiana's a claim
Indiana Code 34-13-3-0.1 et. seq. this
letter is to provide you notice of claim
for tort brought against The Knox County
and Medical staff at the Knox County

1. They took $280.00 from me for medical since 2021 I have been inagent no money ever sent in to me. In 2023 they took the money off my books first time ive had money since 2021. 210 Indiana Administration code 7-2-6 section (E) state they can not do that and I had wrote them and have told them that.

11 Residence of person Making The claim at time of Incident. 2375 S. old Decker d. Vincennes, IN. 47591

+ Residence of person making the claim.
- S. old Decker rd., Vincennes, IN, 47591

of loss.
buy hygene - stink, can't get any food, Depressed, hungry alot, Teeth bad no tooth paste, can't order meds sick. I'm cold can't buy warm clothes put on.

IV. Time and place of lost.
Time, 2:00 pm, 1/17/2024
place, Knox county Jail

V. Names of all persons involved
These are every that respond to my Greviences, Request and Medical request.
Michael Kolhouse, Tyler Borden, Tailor Townley, Arva Mauck, Nurse Medical, Noble Parish

VI. Exact Amount of Damages Sought.
- $280,000.00

Breed gawl jr

2-9-2024