UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRADLEY GENE JEWEL, JR., | ) |
| Plaintiff, | ) |
| v. | ) No. 2:24-cv-00081-MPB-MKK |
| KNOX COUNTY JAIL, | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Dated: December 12, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

BRADLEY GENE JEWEL, JR.
2375 S. Old Decker Rd.
Vincennes, IN 47591